UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:19-MJ-312-ML |
| | ) |
| **OSBELLIA JIMENEZ-JAIMES,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Came on this date to be considered Government's Motion to Dismiss Criminal Complaint in the above styled cause, and after considering the same, the Court is of the opinion that it should be granted. Accordingly,

**IT IS ORDERED** that the complaint in the above-styled cause is DISMISSED WITHOUT PREJUDICE.

**SIGNED** this 25th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SUSAN HIGHTOWER